UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY NEAL SADLER                          :
                                          :
        v.                                :  Case No.  3:07-cv-1316(CFD)
                                          :
THERESA LANTZ, ET AL.                     :

## RULING ON PENDING MOTIONS

Plaintiff seeks to withdraw claim two of the amended complaint, to default

defendants for failure to plead and for an extension of time to respond to defendants'

motion for summary judgment.  Defendants' seek to have the court construe the motion to

withdraw as motion to amend and move for extensions of time to respond to plaintiff's

motions to strike the answers to the amended complaint.

## I.      Motion to Withdraw Claim Two [Dkt. No. 170]
        Motion to Construe Motion to Withdraw as Motion to Amend [Dkt. No. 182]

Plaintiff seeks to withdraw claim two of the amended complaint.   The only

defendants mentioned in claim two are Dr. James Smyth and Health Services

Administrator Richard Furey.  Defendants do not object to plaintiff's request.  The Court

construes the plaintiff's motion as a motion for voluntary dismissal of claim two of the

amended complaint.  Pursuant to Rule 41(a)(1), Fed. R. Civ. P., the motion is granted and

all of the claims against defendants Smyth and Furey in claim two are dismissed without

prejudice.  Defendants' motion to construe the motion to withdraw as a motion to amend

or sever is denied as moot.

## II.     Motion for Default for Failure to Plead [Dkt. No. 176]

Plaintiff seeks to default defendants for failure to plead.  On August 19, 2010, the

court directed defendants to file an answer to the amended complaint within thirty days.

(*See* Rul Pending Mots., Doc. No. 174 at 7.)  Plaintiff filed his motion for default on August

25, 2010.  Thus, defendants were not in default at the time plaintiff filed his motion.

Accordingly, the motion for default is denied.

**III.     Motions for Extension of Time [Dkt. Nos. 215, 220]**

Defendants seek extensions of time until December 23, 2010 and December 30,

2010, to file a response to plaintiff's motion to strike the answer and amended answer to

the amended complaint.  The motions are granted.

**IV.     Motion for Extension of Time [Dkt. No. 214]**

Plaintiff seeks an extension of time until December 29, 2010 to file a response to

defendants' motion for summary judgment.  The motion is granted.

<u>Conclusion</u>

Plaintiff's Motion for Default for Failure to Plead [**Dkt. No. 176**] is **DENIED**.  The

Court construes Plaintiff's Motion to Withdraw Claim Two of the Amended Complaint [**Dkt.**

**No. 170**] as a motion for voluntary dismissal of claim two of the amended complaint.

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., the Motion [**Dkt. No. 170**] for Voluntary

Dismissal is **GRANTED** and all of the claims against defendants Smyth and Furey in claim

two are **DISMISSED** without prejudice.  Defendants' Motion to Construe Motion to

Withdraw as Motion to Amend [**Dkt. No. 182**] is **DENIED** as moot.  Defendants' Motions

for Extension of Time [**Dkt. Nos. 215, 220**] to file a response to plaintiff's motions to strike

the answer and amended answer to the amended complaint are **GRANTED.**  The

plaintiff's Motion for Extension of Time [**Dkt. No. 214**] until December 29, 2010 to file a

response to defendants' motion for summary judgment is **GRANTED**.

**SO ORDERED.**

Dated this <u>19th</u> day of January, 2011, at Hartford,  Connecticut.


/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge