UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

GARY NEAL SADLER
Plaintiff

v.

THERESA LANTZ, ET AL
Defendants

: CIVIL ACTION NO.
: 3:07cv1316(CFD)
:
:
:
:
: February 16, 2011

2011 FEB 18 P 2:

US DISTRICT COURT
CT

## MOTION FOR A STAY PENDING MOTION TO FILE SUPPLEMENTAL COMPLAINT AND MOTION TO CONDUCT ADDITIONAL DISCOVERY

Pursuant to any applicable rules of civil procedure, the plaintiff in this civil action moves for a stay of claim 1 of his claims, pending the outcome of his motion to file a supplemental complaint and motion to conduct additional discovery. In support thereof, the plaintiff states that at current, this case is at the stage where summary judgment motions are due by the plaintiff and the defendants on or by February 16 and 17, 2011 but that his motion to file a supplemental complaint and to conduct additional discovery may delay the filing of motions for summary judgment pending the outcome of the motion to file a supplemental complaint and motion to conduct additional discovery.

Therefore, a stay should be issue in order for the court to rule on such motions.

Respectfully submitted,
Gary Neal Sadler

By: /s/ Gary Neal Sadler
Gary Neal Sadler #236395
MacDougall CI
1153 East Street South
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of February, 2011:

Daniel R. Schaefer
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Gary Neal Sadler